| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Melissa A. Peña<br>NORRIS, McLAUGHLIN & MARCUS, PA<br>C0-Counsel for Patricia S. Egan<br>721 Route 202-206 North<br>Somerville, New Jersey 08807<br>(908) 722-0700<br>-and-<br><br>Robert J. Giasullo<br>BERKOWITZ, LICHTSTEIN, KURITSKY, GIASSULLO & GROSS, LLC<br>Co-Counsel for Patricia Egan<br>443 Northfield Avenue, Suite 1<br>West Orange, NJ 07052<br>(973) 325-7800 | |
| In re:<br><br>53-54 PALISADES HUDSON ASSOCIATES, LLC,<br><br>                                            Debtor. | Chapter 11<br><br>Case No. 09-22269 (NLW)<br><br>Honorable Novalyn L. Winfield |
| PATRICIA S. EGAN,<br><br>                       Plaintiff,<br><br>vs.<br><br>53-54 PALISADES HUDSON ASSOCIATES, LLC, LOUIS BERTINATO, VICTOR PEREZ, and THE COLAO GROUP, LLC,<br><br>                       Defendants. | Adv. Proc. No. 09-02175 (NLW) |

**NOTICE OF MOTION BY PATRICIA S. EGAN SEEKING THE ENTRY OF AN ORDER OF ABSTENTION OR DIRECTING REMAND AND GRANTING RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH STATE COURT ACTIONS**

725549.3

TO:  All Parties-in-Interest
on the Attached Service List

**PLEASE TAKE NOTICE** that on the 11th day of September, 2009, commencing at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for plaintiff, Patricia S. Egan ("Egan"), a secured creditor of the debtor and debtor-in-possession, 53-54 Palisades Hudson Associates, LLC, will move before the Honorable Novalyn L. Winfield, Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey for the entry of an order (i) of abstention or, alternatively, remanding the above-referenced adversary proceeding to the state court pursuant to 28 U.S.C. § 1334(c)(2) and pursuant to 28 U.S.C. § 1334(c)(1); and (ii) granting Egan relief from the automatic stay to proceed with two state court actions pursuant to 11 U.S.C. § 362(d)(1) and (d)(3)(A).

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Egan shall rely upon the Certification in Support and Memorandum of Law being filed and served together herewith. A proposed Order granting the requested relief also is submitted.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 ("General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-

interest, on CD-ROM in Portable Document Formant (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-1(k), in the event the Motion is contested, there is a duty to confer to determine whether a consent order may be entered disposing of the Motion or to stipulate to the resolution of as many issues as possible.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-1(i), unless the Court authorizes otherwise prior to the hearing date hereof, no testimony shall be taken at the hearing except by certification or affidavit.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-1(f), oral argument is requested if this Motion is opposed.

                                    NORRIS McLAUGHLIN & MARCUS, PA
                                    Attorneys for Patricia S. Egan


                                    By:  /s/Melissa A. Peña
                                         MELISSA A. PENA

Dated: August 21, 2009

## SERVICE LIST

United States Trustee
Suite 2100
One Newark Center
Newark, NJ 07102

Clerk of the Court
Law Division, Bergen County
Bergen County Court House
10 Main Street
Hackensack, NJ 07601

Clerk of Hudson County
Hudson County Plaza, 4th Floor
257 Cornelison Avenue
Jersey City, NJ 07302

Robert J. Giasullo, Esq.
Berkowitz, Lichtenstein, Kuritsky,
Giasullo & Gross, LLC
443 Northfield Avenue
West Orange, NJ 07052
Co-counsel for Plaintiff Patricia Egan

Joseph M. Cerra, Esq.
Forman Holt Eliades & Ravin LLC
80 Route 4 East
Paramus, NJ 07652
Attorneys for Defendant/Debtor 53-54
Palisades Hudson Associates, LLC

Daniel M. Eliades, Esq.
Forman Holt Eliades & Ravin LLC
80 Route 4 East
Paramus, NJ 07652
Attorneys for Defendant/Debtor 53-54
Palisades Hudson Associates, LLC

Monika S. Pudalik, Esq.
Dreifuss, Bonacci & Parker LLP
26 Columbia Turnpike
Florham Park, NJ 07932
Attorneys for Defendants Louis
Bertinato and The Colao Group, LLC

Vincent LaPaglia, Esq.
200 Washington Street
Hoboken, NJ 07030
Attorney for Defendant Victory Perez

NCC Capital, LLC
Attn: Victor Perez
1481 42nd Street
Brooklyn, NY 11219-1502

Brian Eyerman, Esq.
Dario Yacker Suarez & Albert LLC
1590 Anderson Ave.
Fort Lee, NJ 07024
Attorneys for Sivaraman Anabarasan